# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00532-CV

**Pat Schumacher, Appellant**

**v.**

**The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificate Holders of the CWMBS Inc. Alternative Loan Trust 2003-8CB, Mortgage Pass-Through Certificates Series 2003-19, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY NO. C-1-CV-14-002500, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Pat Schumacher has informed this Court that she no longer wishes to pursue this appeal and has filed a motion to dismiss it. Appellant's counsel states that he has conferred with counsel for appellee The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificate Holders of the CWMBS Inc. Alternative Loan Trust 2003-8CB, Mortgage Pass-Through Certificates Series 2003-19, which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   December 3, 2014